UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERRICK DEWAYNE MUNNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06CV704-DJS |
| | ) |
| SAVE-A-LOT, JOHN FULHORST, and | ) |
| MIKE GERINGER, | ) |
| | ) |
| Defendants. | ) |

## PARTIAL JUDGMENT

Pursuant to the order entered herein this day, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against defendant John Fulhorst are dismissed with prejudice.

Dated this \_\_\_\_\_13th\_\_\_\_\_ day of July, 2006.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE